UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS WS RICHEY,

    Plaintiff,

v.

JOHN ALDANA *et al*.,

    Defendants.

Case No.  C05-5513FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' motion, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The motion for preliminary injunctive relief is **DENIED**.

(3)    Clerk is directed to send copies of this Order to plaintiff, counsel for defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 6th day of March 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1