# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS WS RICHEY

JUDGMENT IN A CIVIL CASE

v.

JOHN ALDANA, *et al.,*

CASE NUMBER: C05-5513FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Defendant's motion is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**.

| March 1, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/Caroline M. Gonzalez*
Deputy Clerk